**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      The State of Texas v. Allen Tercero

Appellate case number:    01-14-00120-CR

Trial court case number:  10-DCR-056111A

Trial court:              434th District Court of Fort Bend County

   This case was abated and remanded to the trial court on May 29, 2014. In the order of abatement, we remanded for the trial court to make the required written findings of fact and conclusions of law regarding its ruling on appellee Allen Tercero's motion to suppress. We also noted that this appeal would be reinstated on this Court's active docket when a supplemental clerk's record that complies with that order is filed in this Court. On July 8, 2014, the trial court clerk filed a compliant supplemental clerk's record. Accordingly, we REINSTATE this case on the Court's active docket.

   The State's brief is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

   Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

   It is so ORDERED.

Judge's signature: /s/ <u>Laura C. Higley</u>
     ☒  Acting individually     ☐  Acting for the Court

Date:  July 29, 2014